**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD P. LAZAR, | No. 08-56713 |
| Plaintiff - Appellant, | D.C. No. 2:07-cv-07549-MMM-FFM |
| v. | |
| COUNTY OF LOS ANGELES, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Edward P. Lazar appeals pro se from the district court's order dismissing his

action alleging violations of his constitutional rights.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *Hearns v. San Bernardino Police Dep't*, 530 F.3d 1124, 1129 (9th Cir. 2008), and we affirm.

Because the district court properly concluded that Lazar's complaint failed to meet the pleading standards under Federal Rule of Civil Procedure 8, and Lazar failed to amend the complaint after obtaining leave to do so, dismissal of the complaint with prejudice was not an abuse of discretion. *See* Fed. R. Civ. P. 8(a)(1)-(3) (stating pleading requirements); *Hearns*, 530 F.3d at 1129-31 (discussing factors to determine whether initial dismissal under Rule 8 was proper and whether subsequent dismissal for failure to amend was an abuse of discretion).

**AFFIRMED.**